IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KETURAH WINTERS, *et al.*, <br>                Plaintiffs, <br><br> v. <br><br> AKZO NOBEL SURFACE CHEMISTRY, LLC, *et al.*, <br>                Defendants. | CIVIL ACTION <br> No. 19-5398 |

## ORDER

**AND NOW**, this 12th day of May, 2020, upon consideration of Defendant Bacarella Transportation Services, Inc.'s, (d/b/a BTX Global Logistics, hereinafter "BTX") Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 30), and all supporting and opposing papers, it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.

                                                                     **BY THE COURT:**

                                                                     /s/ Jeffrey L. Schmehl <br>
                                                                     Jeffrey L. Schmehl, J.